■ In the Matter of WILLIAM J. RITA, Petitioner, v HOWARD MALATZKY, Respondent. [635 NYS2d 468] —Application seeking vacatur of a determination made by respondent denied, the cross-motion granted and the petition dismissed, without costs and without disbursements. This proceeding is not properly brought before *this* Court. No opinion. Concur—Ellerin, J. P., Rubin, Nardelli, Williams and Mazzarelli, JJ.